Ahmad Clarence GARLAND, Plaintiff–Appellant,

v.

William D. CATOE, Director, South Carolina Department of Corrections; C. Rushton, Warden, McCormick Correctional Institution; L. Cartledge,

Associate Warden, McCormick Correctional Institution; C. Kendall, Associate Warden, McCormick Correctional Institution; S. Lewis, Major, McCormick Correctional Institution; I. Culbreath, Inmate Grievance Counselor, McCormick Correctional Institution; George Long, McCormick Correctional Institution; J. Reed, McCormick Correctional Institution; Richard P. Strokes, Defendants–Appellees,

and

Philip Morris, USA, Defendant.

No. 01–8006.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Ahmad Clarence Garland, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ahmad Clarence Garland appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Garland v. Catoe*, No. CA-00-3024-4-19BF (D.S.C. Nov. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*